Ronald Jr. Coleman
Appellant, Pro Se

§ In the 396th Court of Appeals,

RECEIVED

SEP-3-0-2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

§ Texas, Ft. Worth, Texas

Vs.

§

State of Texas

§

§

## Motion to Abate Appellant's Appeal
### pursuant to Rule 44.02 (Remedial Errors) T.R.A.P.

I

Comes Now, Movant Ronald Jr. Coleman to move this Court to Abate this appeal and Remand to the trial court on the basis that movant/appellant is proceeding pro Se and has not been allowed access to the records; Some Records have even been sealed and made inaccessible.

II

Appellant can not possibly have a fair and adversarial process on appeal if he is denied access to his own records which are needed to draft his Brief.

### Prayer

Wherefore Premises Considered, Appellant now Prays this Court will Grant his Motion to Abate, Remand this Cause back to the trial court in order that he may obtain the complete Record; and Grant any additional Relief he is entitled to in Equity and in Law.

Signed on this 29th day of Sept. 2015

By: Mr. Ronald J. Coleman Sr.

| | | |
|---|---|---|
| Ronald J. Coleman Movant Pro Se | § | In The 396th Judicial |
| | § | |
| Vs. | | District Court of |
| | § | |
| State of Texas | § | Tarrant County, Texas |

## Notice of appeal

Comes Now, Ronald Coleman, appearing Pro Se to give notice of his desire to appeal the Denial of his Motion for D.N.A. testing Ordered Denied by the Honorable Judge: George Gallagher of the 396th Judicial District Court of Tarrant County, Texas

Signed on this 29th day of September 2015

By: Ronald J. Coleman

Ronald J. Coleman #1851746
Neal Unit 7-33
9055 Spur 591
Amarillo, Texas 79107

RECEIVED

SEP 30 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

AMARILLO TX 791
28 SEP 2015 PM 1 1

Court of Appeals Second District of Texas
The Tim Curry Criminal Justice Center
401 W. Belknap, Suite 9000
Ft. Worth, Texas